# Court of Appeals
# of the State of Georgia

ATLANTA,  March 18, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1460. ATLANTA BIRTH CENTER, INC. v. GRE MIDTOWN, LLC.

GRE Midtown, LLC filed suit to collect unpaid rent under its commercial lease agreement with the Atlanta Birth Center, Inc. ("the ABC"). After the ABC failed to file an answer, the trial court granted GRE Midtown's motion for default judgment and entered judgment against the ABC in the principal amount of $317, 216.04. The ABC filed a motion to set aside under OCGA § 9-11-60. The trial court denied that motion, and the ABC filed this direct appeal. We lack jurisdiction.

An appeal from the denial of a motion to vacate or set aside requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-17 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). And, the "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173(1)(b) (889 SE2d 343) (2023) (citation and punctuation omitted).

Because this Court lacks jurisdiction, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/18/2026

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*